UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:01-cr-00177-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WAYNE SIMPSON, | ) | |
| Defendant. | ) | |

Defendant moves this court for reconsideration of its order denying his motion for relief pursuant to 18 U.S.C. § 3582(c)(2) (#58). The government has responded (#59). Defendant has not replied, and the time for doing so has expired.

Nothing in defendant's motion calls into question the court's order denying defendant § 3582(c)(2) relief, and in fact defendant's arguments ignore binding Ninth Circuit precedent. *See United States v. Baptist*, 646 F.3d 1225, 1227-29 (9th Cir. 2011); *United States v. Wesson*, 583 F.3d 728, 731 (9th Cir. 2009). Defendant's motion for reconsideration is therefore without merit and hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: This 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE