# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:01-cr-00177-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WAYNE SIMPSON, | ) | |
| Defendant. | ) | |

Defendant has filed an untimely reply to the defendant's response to his motion to reconsider (#61). The court has considered the defendant's reply and hereby **REAFFIRMS** its order denying his motion for reconsideration.

**IT IS SO ORDERED.**

DATED: This 23rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE